# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2018

156850 & (42)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

DRAGO KOSTADINOVSKI and BLAGA
KOSTADINOVSKI,
      Plaintiffs-Appellees/
      Cross-Appellants,

v

      SC: 156850
      COA: 333034
      Macomb CC: 2014-002247-NH

STEVEN D. HARRINGTON, M.D., and
ADVANCED CARDIOTHORACIC
SURGEONS, PLLC,
      Defendants-Appellants/
      Cross-Appellees.
_____/

On order of the Court, the application for leave to appeal the October 24, 2017 judgment of the Court of Appeals and the application for leave to appeal as cross-appellants are considered. We direct the Clerk to schedule oral argument on the applications. MCR 7.305(H)(1).

The parties shall file supplemental briefs within 42 days of the date of this order addressing the issues raised in the primary appeal and the cross-appeal, including how, consistent with MCL 600.2912b, a plaintiff in a medical malpractice case may amend the complaint to include newly discovered claims against an existing defendant. In addition, the appellants shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). Each party may file a response brief within 14 days of being served with the other party's initial supplemental brief. Additionally, at this time, the appellees/cross-appellants shall electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellants. The parties should not submit mere restatements of their application papers.

The Michigan Association for Justice, the Michigan Defense Trial Counsel, Inc., and the Negligence Law Section of the State Bar of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.

VIVIANO, J., not participating due to a familial relationship with the presiding circuit court judge in this case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2018



Clerk

d0920